UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 22-11942-RGS

STEVE JEAN PIERRE

v.

MIDDLESEX DISTRICT ATTORNEY, et al.,

ORDER

April 12, 2023

STEARNS, D.J.

*Pro se* prisoner plaintiff Steven Jean Pierre commenced this action without paying the $402 filing fee or filing a motion for leave to proceed *in forma pauperis*. In an order dated November 15, 2022, Dkt #3, Magistrate Judge Donald L. Cabell ordered Pierre to pay the filing fee or seek leave to proceed without prepayment of the filing fee.[1] The court informed Pierre that failure to comply with the order within twenty-one days could result in dismissal of the action without prejudice by a District Judge.

The deadline for complying with the Judge Cabell's November 22, 2022 order has passed without any response from Pierre. Accordingly, this

---

[1] Pursuant to General Orders (10-1) and (09-3), a case may be randomly assigned, at the time of filing, to a Magistrate Judge.

action is DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee.

**SO ORDERED.**

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE